

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Patricia Galindo,                      * From the 70th District Court
of Ector County,
Trial Court No. A-33,327.

Vs. No. 11-16-00127-CR          * May 27, 2016

The State of Texas,             * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Patricia Galindo's motion to dismiss her appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.